NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7006

DAVID L. HENDERSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 05-0090, Chief Judge William P. Greene, Jr.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

Allan G. Halseth, amicus curiae in support of David L. Henderson, moves for leave to participate in oral argument. Halseth states that the motion is unopposed.

The court previously granted Halseth's motion for leave to file a brief amicus curiae. Halseth has a case pending in this court, Halseth v. Shinseki, 2009-7048, which involves the same issue presented in this appeal. Halseth states that Henderson agrees to cede to Halseth five minutes of the time allotted Henderson participate in oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order and the motion shall be transmitted to the merits panel.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc:   Thomas W. Stoever, Jr., Esq.
      Martin V. Totaro, Esq.
      Todd M. Hughes, Esq.

s8

2009-7006                              - 3 -